20304.   NATIONAL UNION FIRE INSURANCE COMPANY *v.* OZBURN.

DECIDED DECEMBER 19, 1930.

*Smith, Hammond, Smith & Bloodworth,* for plaintiff in error.
*J. Wightman Bowden, John O. Owen,* contra.

BLOODWORTH, J.   Where error is assigned in a petition for certiorari upon a ruling based on a motion for a new trial, and the grounds of the motion are set forth in the petition, a general assignment of error, that the court erred in so ruling, is sufficient. The petition in this case sets out literally the grounds of the motion for a new trial, and does thus "fully and distinctly set forth the errors complained of." The first headnote in *Crouch* v. *Spooner*, 8 *Ga. App.* 626 (69 S. E. 1129), is as follows: "Where the error alleged is in the granting or denying of a new trial, one assignment of error is sufficient to reach all the grounds of the motion on which the grant or refusal was based." See *Butler* v. *Hall*, 7 *Ga. App.* 777 (68 S. E. 331). In Rule 8 of the Court of Appeals (Civil Code of 1910, § 6332) we find the following: "Where the error alleged is in the granting or denying of a new trial, one assignment of error is sufficient to reach all the grounds of the motion

on which the grant or refusal was based." See *Reese* v. *Miller,* 33 *Ga. App.* 442 (2) (126 S. E. 904); *Hopkins Investment Co.* v. *Crawford,* 35 *Ga. App.* 331, 334 (132 S. E. 925); *East River National Bank* v. *Ellman,* 36 *Ga. App.* 263, 264 (136 S. E. 799); *Huxford* v. *Southern Pine Co.,* 124 *Ga.* 181 (52 S. E. 439); *Rigell* v. *Sirmans,* 123 *Ga.* 455 (51 S. E. 381); *Gray* v. *Phillips,* 88 *Ga.* 199 (5) (14 S. E. 205). The judge of the superior court erred in dismissing the petition for certiorari.

*Judgment reversed. Broyles, C. J., and Luke, J., concur.*